# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOSE GARCIA, et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | |
| § | |
| VASILIA A/K/A "VAUNA" PETERSON; § | |
| ROBERT PETERSON; ORMANDO § | |
| GOMEZ; ALL MY SONS OF DENTON § | |
| COUNTY, INC.; GRAEBEL VAN LINES § | |
| HOLDINGS, LLC d/b/a GRAEBEL § | CIVIL ACTION NO. 4:17-cv-1601 |
| MOVING SERVICES; GRAEBEL VAN § | |
| LINES, LLC; GRAEBEL/HOUSTON § | |
| MOVERS, LLC; GRAEBEL/ILLINOIS § | |
| MOVERS, LLC; GRAEBEL/LOS § | |
| ANGELES MOVERS, LLC; GRAEBEL § | JURY TRIAL DEMANDED |
| MOVING AND WAREHOUSE CORP.; § | |
| GRAEBEL MOVING AND § | |
| WAREHOUSE, LLC; GRAEBEL/NORTH § | |
| CAROLINA MOVERS, LLC; § | |
| GRAEBEL/ST. LOUIS MOVERS, LLC; § | |
| MIDCAP FINANCIAL TRUST F/K/A § | |
| MIDCAP FINANCIAL, LLC; MIDCAP § | |
| FUNDING X TRUST, and JOHN DOES 1- § | |
| 10, § | |
| § | |
| *Defendants*. § | |

**PARTIES' JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

After conferring with one another in good faith pursuant to Federal Rule of Civil Procedure 26(c), the Parties hereby jointly move, pursuant to Federal Rule of Civil Procedure 26(c), for entry of an agreed protective order (attached hereto as Exhibit 1) to govern the disclosure and use of information, documents, and other tangible things produced in this case. The parties represent that this request is not made for purposes of delay or obstruction, but for good cause and in the interests of justice.

*Respectfully submitted by:*

/s/      Benjamin W. Allen
**BENJAMIN W. ALLEN**
Texas Bar No. 24069288
Federal I.D. No. 1058996
ben.allen@feldman.law
**FELDMAN & FELDMAN, P.C.**
3355 West Alabama, Suite 1220
Houston, Texas 77098
Telephone: (713) 986-9471
Facsimile:  (713) 986-9472

/s/      Robert H. Ford
**ROBERT H. FORD**
Texas Bar No. 24074219
Federal I.D. No. 1392569
rford@fbfog.com
**FOGLER, BRAR, FORD, O'NEIL & GRAY LLP**
2 Houston Center
909 Fannin St., Suite 1640
Houston, TX 77010
Telephone: (713) 325-8241
Facsimile: (713) 574-3224

**COUNSEL FOR PLAINTIFFS JOSE GARCIA, ET AL.**

/s/      Jamil N. Alibhai
**JAMIL N. ALIBHAI**
Texas Bar No. 00793248
S.D. Tex. Bar No. 24151
jalibhai@munckwilson.com
**JENNIFER D. JASPER**
Texas Bar No. 24027025
S.D. Tex. Bar No. 934950
jjasper@munckwilson.com
**TED A. HUFFMAN**
Texas Bar No. 24089015
S.D. Tex. Bar No. 3099408
thuffman@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
12770 Coit Road, Suite 600
Dallas, Texas 75251
Telephone: 972.628.3600
Facsimile: 972.628.3616

**JOHN M. O'NEAL**, *pro hac vice*
Arizona State Bar No. 015945
john.oneal@quarles.com
**QUARLES & BRADY LLP**
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004
Telephone: 602.229.5436
Facsimile: 602.417-2923

**COUNSEL FOR MIDCAP DEFENDANTS**

*/s/      Katherine C. Den Bleyker*
**JEFFREY S. RANEN**, *pro hac vice*
California Bar No. 224285
Jeffrey.Ranen@lewisbrisbois.com
**KATHERINE C. DEN BLEYKER**, *pro hac vice*
California Bar No. 257187
Katherine.DenBleyker@lewisbrisbois.com
**ALICE KWAK**, *pro hac vice*
California Bar No. 312939
Alice.Kwak@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900


**WILLIAM S. HELFAND**
Texas State Bar No. 09388250
Bill.Helfand@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone: 713.659.6767
Facsimile: 713.759.6830
**LEWIS BRISBOIS BISGAARD & SMITH LLP**

**COUNSEL FOR GRAEBEL DEFENDANTS**