UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jose Garcia, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action H-17-1601 |
| Vasilia Peterson, *et al.*, | § § § | |
| *Defendants*. | § | |

## Order

An oral hearing to approve settlement will be held on Tuesday, August 20, 2019 at 11:00 a.m. in Courtroom 9-D, 515 Rusk, Houston, Texas.

Signed at Houston, Texas on August 16, 2019.

_____
Gray H. Miller
Senior United States District Judge