United States District Court
Southern District of Texas
**ENTERED**
August 29, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOSE GARCIA, *et al.*, § § § *Plaintiffs*, § § v. § CIVIL ACTION H-17-1601 § VASILIA A/K/A "VAUNA" PETERSON, *et al.*, § § § *Defendants*. § | |

## FINAL JUDGMENT

Pursuant to the memorandum opinion and order issued on this day, defendant MidCap Funding X Trust's ("MidCap") motion for summary judgment is GRANTED and all claims asserted against MidCap are DISMISSED WITH PREJUDICE. Judgment is ENTERED in favor of MidCap.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on August 29, 2019.

_____
Gray H. Miller
Senior United States District Judge