# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE GARCIA, *et al.*, | § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-1601 |
| VASILIA a/k/a "VAUNA" PETERSON, *et al.*, | § § § | |
| *Defendants.* | § | |

### ORDER GRANTING DEFENDANT MIDCAP FUNDING X TRUST'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS

On this day, the Court considered Defendant MidCap Funding X Trust's ("MidCap") Unopposed Motion for Extension of Time to File a Motion for Attorney's Fees and Bill of Costs ("the Motion"). Having considered the Motion, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that MidCap's deadline to file a motion for attorney's fees and bill of costs is extended fourteen days beyond the original deadline imposed by Federal Rule of Civil Procedure 54(d) and L.R. 54.2, and accordingly, MidCap's deadline to file a motion for attorney's fees and bill of costs is extended to September 26, 2019.

SIGNED this 12th day of September, 2019.

_____
GRAY H. MILLER
SENIOR UNITED STATES DISTRICT JUDGE